**Order entered March 12, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-19-01436-CR

**SHAWN RYAN BLANKINSHIP, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CR17-0584**

**ORDER**

Before the Court is court reporter Deborah Hamon's March 9, 2020 request to extend time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on or before March 18, 2020.

/s/    CORY L. CARLYLE
        JUSTICE